**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**James SMITH, Defendant–Appellant.**

**No. 08–2430.**

United States Court of Appeals,
Seventh Circuit.

Submitted Sept. 24, 2009.*

Decided Oct. 6, 2009.

April M. Perry, Attorney, Office of the United States Attorney, Chicago, IL, for Plaintiff–Appellee.

Andrew J. McGowan, Attorney, Richard H. Parsons, Attorney, Office of the Federal Public Defender, Peoria, IL, James Smith, Ashland, KY, for Defendant–Appellant.

---

* After examining the *Anders* brief and the record, we have concluded that oral argument is unnecessary. Thus, the appeal is submitted on the brief and the record. See Fed. R.App. P. 34(a)(2).

Before WILLIAM J. BAUER, Circuit Judge, MICHAEL S. KANNE, Circuit Judge, TERENCE T. EVANS, Circuit Judge.

## ORDER

On June 4, 2008, defendant-appellant James Smith ("Smith") filed a notice of direct appeal after pleading guilty to two counts of violating 21 U.S.C. § 843, use of a telephone to commit a controlled substance offense, and being sentenced to a total of 96 months in the custody of the Bureau of Prisons.

On February 26, 2009, his appointed counsel moved to withdraw under *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), stating that despite thoroughly scrutinizing the record, he was unable to discern a non-frivolous issue to pursue. On February 27, 2009, we informed Smith that he had thirty days to present any argument to demonstrate that his conviction and/or sentence was invalid. Smith presented no such argument.

We have reviewed the brief presented by counsel and agree that there is no non-frivolous issue. According, we affirm Smith's conviction and sentence, and grant the motion to withdraw.